■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE H. SARGENT, Appellant.—Judgment unanimously af-

firmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—attempted burglary, third degree.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.